# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TIM SHEETS<br>5091 Buchanan Road<br>Waterford, Ohio 45786 | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | No. 2:09-cv-01064-ALM-MRA |
| vs. | )<br>)<br>) | ORDER GRANTING<br>DEFAULT JUDGMENT |
| AMERICAN CREDIT &<br>COLLECTIONS, LLC<br>520 Pusey Street<br>Collingdale, PA 19023 | )<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |

**UPON GOOD CAUSE SHOWN** and Plaintiff's Request for Default Judgment filed in the present matter it is **HEREBY ORDERED** that judgment shall be entered against the Defendant, AMERICAN CREDIT & COLLECTIONS, LLC in the sum of $3,511.70. Said sum represents $1,000.00 in statutory damages to Plaintiff and $2,511.70 in attorneys' fees and costs incurred.

**IT IS SO ORDERED.**

Date: 6/21/10

By: _____
Hon. United States District Court Judge