# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TIM SHEETS ) | |
| 5091 Buchanan Road ) | |
| Waterford, Ohio 45786 ) | |
| ) | |
| Plaintiffs, ) | No. 2:09-cv-01064-ALM-MRA |
| ) | |
| vs. ) | **ORDER GRANTING** |
| ) | **DEFAULT JUDGMENT** |
| AMERICAN CREDIT & ) | |
| COLLECTIONS, LLC ) | |
| 520 Pusey Street ) | |
| Collingdale, PA 19023 ) | |
| ) | |
| Defendant. ) | |

**UPON GOOD CAUSE SHOWN** and Plaintiff's Request for Default Judgment filed in the present matter it is **HEREBY ORDERED** that judgment shall be entered against the Defendant, AMERICAN CREDIT & COLLECTIONS, LLC in the sum of $3,511.70. Said sum represents $1,000.00 in statutory damages to Plaintiff and $2,511.70 in attorneys' fees and costs incurred.

**IT IS SO ORDERED.**

Date: 6/21/10

By: _____
Hon. United States District Court Judge